

February 25, 2023

Vis ECF

Honorable P. Kevin Castel
United States District Court
500 Pearl Street, New York, NY 10007

> There will be a conference on March 2, 2023 at 3:00 p.m. in Courtroom 11D. CJA Benjamin Zeman, defense counsel, defendant and the government are to appear at the conference.
> SO ORDERED.
> Dated: 2/28/2023
>
> *P. Kevin Castel*
> United States District Judge

RE: USA vs Jemyni True
Docket No.: 22-cr-629

Dear Judge Castel:

On February 23, 2023 Your Honor's Court Deputy emailed me a copy of a letter written by Jemyni True, addressed to Your Honor, in which she requested new counsel. I was instructed to meet with Ms. True and report back to the Court.

I met with Ms. True on February 24, 2023 at the MDC Brooklyn. Ms. True would like the opportunity to appear before Your Honor in order to request new appointed Counsel.

I ask that Your Honor kindly arrange for Ms. True to have a hearing at a date and time that is convenient for the Court and the parties involved.

Until such time as I may be relieved as counsel, I will continue to zealously represent Ms. True.

Respectfully yours,

*/s/Thomas Ambrosio*
Thomas Ambrosio

cc: Jemyni True (via corrlinks)

---

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com